# Notice Recipients

District/Off: 0754–3     User: ch3     Date Created: 4/11/2014
Case: 14–30583–lkg     Form ID: 227     Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Annette M Banks | 1050 Nottinghill    Collinsville, IL 62234 |
| ust | United States Trustee | Becker Bldg, Room 1100    401 Main St    Peoria, IL 61602 |
| tr | Donald M. Samson | Chapter 7 Trustee    226 W Main St    Suite 102    Belleville, IL 62220 |
| aty | Morgan Teague | Licker Law Firm    1861 Sherman Dr    St Charles, MO 63303 |
| 3466000 | American Bottoms | Regional Wastewater Treatement    PO Box 459    East Saint Louis, IL 62202–0459 |
| 3466002 | Bank of America | PO Box 982235    El Paso, TX 79998 |
| 3466001 | Bank of America | PO Box 982235    El Paso, TX 79998–2235 |
| 3466003 | Bank of America Home Loans | 4161 Piedmont Pkwy    Greensboro, NC 27410 |
| 3466004 | Cavalry Portfolio Svcs | 500 Summit Lake Drive, Ste 4A    Valhalla, NY 10595 |
| 3466005 | Christain Northeast Hospital | 5620 Southwyck Blvd    Toledo, OH 43614 |
| 3466006 | Credit Portection | One Galleria Tower    13355 Noel Road S    Dallas, TX 75240 |
| 3466007 | East Side Sewers | 1808 Mullens Ave    East Saint Louis, IL 62206 |
| 3466008 | Fed Loan Serv | Po Box 69184    Harrisburg, PA 17106 |
| 3466009 | GECRB/JC Penneys | PO Box 965007    Orlando, FL 32896 |
| 3466010 | GMAC Mortgage | PO Box 4622    Waterloo, IA 50704 |
| 3466011 | Illinois American Water | PO Box 578    Alton, IL 62002 |
| 3466012 | Law Offices of Susan Parnell Wilson | 14 S Second Street    Belleville, IL 62220 |
| 3466013 | Memorial Hospital | PO Box 739    Moline, IL 61265 |
| 3466014 | PNC | PO BOX 1820    Dayton, OH 45401 |
| 3466015 | PNC Bank | PO Box 3180    Pittsburgh, PA 15222 |
| 3466016 | Regions Mortgage | PO Box 18001    Hattiesburg, MS 39404–8001 |
| 3466017 | Suntrust Mortgage | PO Box 85526    Richmond, VA 23285 |
| 3466018 | United Revenue Corp | 204 Billings St, Ste 120    Arlington, TX 76010 |

TOTAL: 23